IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YAN GIMELFARB,     No. C 10-02151 SI

    Plaintiff,     **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

v.

TONY UCCIFERRI, et al.,

    Defendants.
                                    /

On March 2, 2011, *pro se* plaintiff Yan Gimelfarb filed a motion for leave to file an amended complaint. That motion is currently set to be heard on April 15, 2011. On March 8, 2011, defendants filed a statement of non-opposition, indicating that they were willing to stipulate to the amendment.

Plaintiff's Motion for Leave to File an Amended Complaint, therefore, is GRANTED. The clerk shall FILE the amended complaint, attached as Exhibit B to Plaintiff's Motion for Leave [Docket No. 24]. The hearing set for April 15, 2011 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 5, 2011

                                                    SUSAN ILLSTON
                                                    United States District Judge