IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN GIMELFARB, | No. C 10-02151 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TONY UCCIFERRI et al., | |
| Defendants. | |

Defendants' motion for summary judgment based on lack of standing is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 27, 2011

SUSAN ILLSTON
United States District Judge